# In the United States Court of Federal Claims
## OFFICE OF SPECIAL MASTERS
### No. 23-2034V

```
* * * * * * * * * * * * * * * * * * * * * * * *
                                        *
BETH A. GEORGE,                         *        Chief Special Master Corcoran
                                        *
                Petitioner,             *        Filed:  February 5, 2026
                                        *
        v.                              *
                                        *
SECRETARY OF HEALTH AND                 *
HUMAN SERVICES                          *
                                        *
                Respondent.             *
                                        *
* * * * * * * * * * * * * * * * * * * * * * * *
```

*Daniel A. Rihn and Sara J. Watkins*, Robert Peirce & Associates, P.C., for Petitioner.

*Benjamin P. Warder*, U.S. Department of Justice, Washington, DC, for Respondent.

### DECISION DISMISSING PETITION[1]

On November 28, 2023, Beth A. George filed a petition for compensation under the National Vaccine Injury Compensation Program (the "Vaccine Program").[2] Petition (ECF No. 1) at 1. Petitioner alleges that she suffered an adrenal crisis as a result of her receipt of influenza, Shingrix, and Pneumovax 23 vaccines that were administered on November 30, 2020. *Id.* at 1. On October 29, 2025, Respondent filed his Rule 4(c) Report recommending denial of entitlement. *See* Report, dated Oct. 29, 2025 (ECF No. 27).

Petitioner had been provided a deadline to file a brief addressing the issue of severity, but has now filed a motion for a decision dismissing the claim. *See* Motion, dated Feb. 4, 2026 (ECF No. 29) ("Mot."). In it, Petitioner acknowledges that she understands a decision dismissing her petition will result in a judgment against her, and that such a judgment will end all her rights in the

---

[1] Under Vaccine Rule 18(b), each party has fourteen (14) days within which to request redaction "of any information furnished by that party: (1) that is a trade secret or commercial or financial in substance and is privileged or confidential; or (2) that includes medical files or similar files, the disclosure of which would constitute a clearly unwarranted invasion of privacy." Vaccine Rule 18(b). Otherwise, the whole Decision will be available to the public in its present form. *Id.*

[2] The Vaccine Program comprises Part 2 of the National Childhood Vaccine Injury Act of 1986, Pub. L. No. 99-660, 100 Stat. 3755 (codified as amended at 42 U.S.C. §§ 300aa-10–34 (2012)) (hereinafter "Vaccine Act" or "the Act"). All subsequent references to sections of the Vaccine Act shall be to the pertinent subparagraph of 42 U.S.C. § 300aa.

Vaccine Program. *Id.* And she has expressed a desire to exercise her rights to file a civil action pursuant to 42 U.S.C. § 300aa-21(a)(2). *Id.*

Under Vaccine Rule 21(b)(1), a claimant may request a decision dismissing a petition, even after preparation of Respondent's Rule 4(c) Report. Under such circumstances, the decision will result in a judgment, although the dismissal will be with prejudice (unless otherwise indicated). Rule 21(b)(1) and (2). Here, I find such a decision appropriate. To be entitled to compensation under the Vaccine Act, a petitioner must demonstrate that he or she 1) suffered a "Table Injury"— i.e., an injury falling within the Vaccine Injury Table—corresponding to his vaccination, or 2) that she suffered an injury that was actually caused by a vaccine. *See* § 13(a)(1)(A) and 11(c)(1). But Petitioner has affirmatively represented that she cannot meet the relevant evidentiary standards, and has not offered an expert report to support her claim—and she has been provided an opportunity to substantiate aspects of her claim challenged by Respondent.

Accordingly, I hereby **DISMISS** the Petition with prejudice. In the absence of a motion for review filed pursuant to RCFC Appendix B, the Clerk of the Court **SHALL ENTER JUDGMENT** in accordance with the terms of this Decision.[3]

**IT IS SO ORDERED.**

/s/ Brian H. Corcoran
Brian H. Corcoran
Chief Special Master

---

[3] Pursuant to Vaccine Rule 11(a), the parties may expedite entry of judgment if (jointly or separately) they file notices renouncing their right to seek review.

2